# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**LINDA BERKLEY**                                                    **PLAINTIFF**

**VS.**                                 **CIVIL ACTION: 3:19-CV-00217-MPM-JMV**

**LAFAYETTE COUNTY, MISSSISSIPPI** *et al.*                      **DEFENDANTS**

## ORDER LIFTING STAY

This matter is before the court consistent with the court's Orders [17] and [44] staying this case pending a ruling on the [15] and [32] motions to dismiss raising immunity defenses. On July 13, 2020, the court entered an order dismissing these motions. Doc. #69. Therefore, the stay of this case should be lifted.

**IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED** and a case management conference will be set by further notice of the court.

**SO ORDERED** this, the 14th day of July, 2020.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**