IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**LINDA BERKLEY**                                                                                                   **PLAINTIFF**

**V.**                                                   **CIVIL ACTION NO. 3:19-CV-217-MPM-JMV**

**LAFAYETTE COUNTY, MISSISSIPPI, et al.**                            **DEFENDANTS**

## ORDER

Before this court is the Defendants' Unopposed Motion to Extend Discovery and Motions Deadlines [124]. For good cause shown, the court finds that the motion is well taken and should be granted. Accordingly, discovery is now due by June 1, 2021 and the Daubert and dispositive motions are now due by June 15, 2021.

**SO ORDERED** this, the 29th day of March, 2021.

                                                         /s/Jane M. Virden
                                                         **UNITED STATES MAGISTRATE JUDGE**